U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

DEC 30 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SUPERIOR DERRICK SERVICES, L.L.C. | CIVIL ACTION<br>NO.: 6:09-0484<br>MAGISTRATE JUDGE HILL |
| VERSUS | |
| LONESTAR 203, her engines, boilers, tackle, furniture, apparel, etc., *in rem*, and LONESTAR 204, her engines, boilers, tackle, furniture, apparel, etc., *in rem* | |

## SUPPLEMENTAL JOINT STIPULATION AND ORDER

Considering the motion of Superior Derrick Services, L.L.C. to fix the rate of post-judgment interest, to direct the Clerk of Court to tax costs and to collect on bond, as well as the stipulation of the parties and the order entered by this court on the 17 day of December 2013 and at the request of the parties to supplement that order;

IT IS ORDERED, ADJUDGED AND DECREED that the order entered by this Court on the 17 day of December 2013 (Rec. Doc. 250) be and the same hereby is supplemented as follows;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon tender of payment by check drawn upon a U.S. bank and made payable to the order of Superior Derrick Services, L.L.C. in the amount of $5,180,570.59 through December 18, 2013 (which amount includes the principal amount of the money judgment (Rec. Doc. 212) of $4,798,126.53, pre-judgment interest amount of $333,493.39, post-judgment interest amount of $12,881.38, and taxable costs of court of $36,069.29), as well as payment for any post-judgment interest accruing after December 18, 2013 in the amount of $26.76 per day until the day of payment (Rec. Doc.

{N2743625.1}

212), and the actual payment of good funds unto Superior Derrick Services, L.L.C., the Release Bond (Rec. Doc. 74) shall be considered released and discharged;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon the later of the funds becoming available or five (5) working days following payment as provided above, Plaintiff, Superior Derrick Services, L.L.C. shall file a Satisfaction of Judgment executed by Superior Derrick Services, L.L.C., in the form attached hereto as Exhibit "A", and upon filing the Clerk of the Court is directed to mark upon the face of the Release Bond (Rec. Doc. 74) "DISCHARGED AND RELEASED" and return the original to Counsel for Defendants, Lonestar 203, Lonestar 204 and Lonestar Drilling Nigeria, Ltd., who shall then return the original of said bond to International Fidelity Insurance Company.

Lafayette, Louisiana this **30** day of **December**, 2013.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

*[signature of counsel evidencing the stipulation of the parties to this Order on next page]*

12/30/13
CMH
m.o.
Financial(email)

Respectfully submitted,

_s/ Douglas W. Truxillo_
Douglas W. Truxillo (#12937)
Onebane Law Firm
1200 Camellia Boulevard, Suite 300
Lafayette, Louisiana 70508
Telephone: 337-237-2660
Email: truxillod@onebane.com


_s/ I. Matthew Williamson_
I. Matthew Williamson (#13532)
Miller & Williamson, LLC
1100 Poydras Street, Suite 3150
New Orleans, Louisiana 70163-3150
Telephone: 504-525-9800
Email: matt@miller-llc.com

*Counsel for Defendants, Lonestar 203, Lonestar 204 and Lonestar Drilling Nigeria, Ltd., as Claimant to these Vessels and as Principal on the Release Bond*

_s/ Wayne G. Zeringue, Jr._
WAYNE G. ZERINGUE, JR. (18516)
Jones, Walker, Waechter, Poitevent,
 Carrére & Denégre
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8682
Fax: (504) 589-8682
wzeringue@joneswalker.com

*Counsel for Plaintiff, Superior Derrick Services, L.L.C.*